# State of New York
## Supreme Court, Appellate Division
### Third Judicial Department

Decided and Entered:   September 22, 2016                    522477
_____

In the Matter of the Claim of
    JENNIFER VALENTINO,
                    Appellant.

                                          MEMORANDUM AND ORDER

COMMISSIONER OF LABOR,
                    Respondent.
_____

Calendar Date:   August 8, 2016

Before:   Peters, P.J., Garry, Rose, Devine and Mulvey, JJ.

_____

        Jennifer Valentino, West Babylon, appellant pro se.

        Eric T. Schneiderman, Attorney General, New York City
(Bessie Bazile of counsel), for respondent.

_____

        Appeal from a decision of the Unemployment Insurance Appeal
Board, filed July 7, 2015, which ruled, among other things, that
claimant was disqualified from receiving unemployment insurance
benefits because she voluntarily left her employment without good
cause.

        Decision affirmed.   No opinion.

-2-                        522477

Peters, P.J., Garry, Rose, Devine and Mulvey, JJ., concur.


ORDERED that the decision is affirmed, without costs.




ENTER:

Robert D. Mayberger
Clerk of the Court